IN THE UNITED STATES OF AMERICA DISTRICT COURT
MIDDLE DISTRICT COURT OF NORTH CAROLINA

CASE NO. 1:13CV595

FILED JUL 19 2013

Thomas Allen Clayton AND
Gail Clayton

    Plaintiffs,

v.

ROGERS, TOWNSEND, & THOMAS, PC

    Defendants,

**COMPLAINT
AND INJUNCTIVE RELIEF**

**JURISDICTION AND VENUE**

Plaintiffs are citizens of North Carolina and residence of Alamance County located in this federal courts jurisdiction. Defendants business is located in South Carolina, and has several instate locations where the business of foreclosure and evictions actions are sent from and created. The subject matter involves profit and investments, and antitrust issues. The amount in at issue has a tax value of $430,000.00 and Defendants having a disadvantage over the Plaintiffs.

PAGE 1 OF 3

## I
## VIOLATIONS OF 15 U. S. C. 1692

Defendants are attorneys representing Branch Bank & Trust Bank concerning an issue of foreclosure and eviction against the Plaintiffs; the foreclosure case has never been heard by the clerk of superior court or the superior court in state court. Defendants are attorneys and also have a debit collection business and real estate business.

The issue of plaintiffs default in mortgage payments is without evidence, as the foreclosure was filed in later 2010 in Alamance County as a special proceeding, but lacked notice of hearing or eviction. Defendants have failed to provide Discovery as to the payoff amount and the amount required to Reinstate plaintiff's mortgage.

At the same time plaintiffs were talking and desperately trying to resolve this payment default issue, while unbeknown to plaintiffs these attorneys were scheming to advance a theft of Plaintiff's property pursuant to N.C.G.S. 14-100. The Defendants violated Plaintiffs Due process of law as guaranteed under the Constitution of the United states of America and North Carolina Constitution. Defendants schemed to deprive Plaintiffs of their primary home of twenty one years by manipulating court procedures and failing to give plaintiffs notice.

## II
## VIOLATION OF 15 U. S. C. 2605

Defendant's foreclosure filing and affidavits have named a different Lender and Holder as contradicting to their own paper work; nevertheless, Defendants have maintained and pursued their authority and standing in a non judicial proceeding against the Plaintiffs. Defendants have failed to provide evidence of authority to represent Freddie Mac as the mortgage company owning Plaintiff's mortgage.

III
## VIOLATION OF THE THIRTEENTH AMENDMENT

To allow or turn a blind eye at Defendants actions as the conduit to keep Plaintiffs property, which was obtained in a non judicial proceeding, which denied Plaintiffs due process of law and the right to own property, one of our countries greatest rights and the right of liberty. Furthermore, Defendants financial gains and Plaintiffs financial loss including Plaintiffs emotional hardship of being separated from their family home of twenty one years; an abusive action equal to a slave and master. The Plaintiffs years of working and its fruit would be stolen by abusive and powerful attorneys who Plaintiffs are alleging accomplished through violations of the Clayton Act statute 1, 2, and 5 against Antitrust Laws. The preplan of compelling no options except a non judicial foreclosure proceeding, and then denying Plaintiffs knowledge of information and an opportunity to argue, deny and give evidence. Defendants have failed to show authority to their 06/12/2013 eviction of Plaintiffs from their home; it was without due process of law. This action has resulted in a financial loss unjustly.

WHEREFORE PLAINTIFFS come upon this federal court to grant Plaintiffs an injunction to stop eviction and to compel discovery of the balance, the payoff, the reinstatement amount, and credits Plaintiffs is entitled. Further, that this federal court order Defendants to give back their home and to abide by lawful civil procedures and Due Process of Law as Plaintiffs are guaranteed under the United States Constitution of America and order that Defendants place Plaintiffs back with their land and order a judicial procedure to settle all these issues.

Plaintiffs reserve the right to amend this complaint. With reservations of all my rights and liberties under the law of God and the law of the land.

This day the 17th of July the year of 2013

_____          _____
Thomas A. Clayton                                  Gail Clayton

I will place a copy of this complaint in the United States Postal or the United Parcel Services postage prepaid to the following persons no later than July 20, 2013:

Rogers, Townsend, Thomas PC
220 Executive Center Drive
Columbia, South Carolina 29210

David Simpson
2550 West Tyvola Road
Suite 520
Charlotte, North Carolina

Kathy W. Holt
Notary Public
Alamance County, NC
My Commission Expires

416 Benjamin Ct
Burlington NC
336 260.9162